13 MAY -1 PM 2:46

[CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA]

NO                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| UNITED STATES OF AMERICA, | ) | Case No. **13CR1579H** |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 18, U.S.C., Sec. 1591(a) and (b) - Sex Trafficking of Children; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 1594(d) - Criminal Forfeiture |
| VINCENT JOHN STALCUP, aka "Easy," | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about and between October 31, 2012 and November 4, 2012, within the Southern District of California, defendant VINCENT JOHN STALCUP, aka "Easy," in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, K.R. (age 16), knowing and in reckless disregard of the fact that K.R. would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe K.R. and knowing and in reckless disregard of the fact that K.R. had not attained the age of 18 years; in violation of Title 18, United States Code, Section 1591(a) and (b), and Title 18, United States Code, Section 2.

//

//

APS:lml:San Diego
4/29/13

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1594(d).

2. Upon conviction of the offenses alleged in Count 1, which involve violations of Title 18, United States Code, Section 1591(a), defendant VINCENT JOHN STALCUP, aka "Easy," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all right, title and interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

    a.   One cell phone with number 858-XXX-6793;

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant -

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 1593(b) which incorporates Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the

defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 1594(d).

DATED: May 1, 2013.

A TRUE BILL:

/s/ _____
Foreperson

LAURA E. DUFFY
United States Attorney

By: /s/ _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney

3